UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20614-CIV-OTAZO-REYES

**CONSENT CASE**

MELVIN MANUEL LOPEZ OSORIO,
and all others similarly situated under
29 U.S.C. § 216(b),

Plaintiff,

v.

ART LANDSCAPING, CORP., and
ALEXANDER ACOSTA,

Defendants.
_____/

**SCHEDULING ORDER**

Trial is scheduled to commence during the one-week period beginning **Monday, July 25, 2016 at 9:00 A.M.**, before the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, at the C. Clyde Atkins United States Courthouse, 301 North Miami Ave., Tenth Floor, Miami, Florida.

IT IS ORDERED AND ADJUDGED as follows:

1. Counsel must meet at least ONE MONTH prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation.

2. The original and one copy of a Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to Local Rule 16.1(e). The Court will not accept unilateral pretrial stipulations, and will strike sua sponte any such submissions. Should any of the parties fail to cooperate in the preparation of the joint pretrial stipulation, all other parties

1

shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court shall issue an order requiring the non-cooperating party or parties to show cause why such party or parties (and their respective attorneys) should not be held in contempt for failure to comply with the Court's order.

     3.    In cases tried before a jury, each party shall file a copy of the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar. Each jury instruction shall appear on a separate page and must be supported by citations of authority. In preparing their requested jury instructions, the parties shall utilize as a guide the Pattern Jury Instructions for Civil Cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein. Copies shall be emailed in Word format to the e-file address, otazo-reyes@flsd.uscourts.gov, at the time of filing.

     4.    In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law at least ONE WEEK prior to the beginning of the trial calendar. Proposed Conclusions of Law shall be supported by citations of authority. Copies shall be emailed in Word format to the e-file address at the time of filing.

     5.    All exhibits must be pre-marked. The Plaintiff's exhibits shall be marked numerically. Defendant's exhibits shall be marked alphabetically. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial. The parties shall submit said exhibit list on Form AO 187, which is available from the Court's website.

     6.    A Motion for Continuance shall not stay the requirement for the filing of a Pretrial Stipulation and, unless an emergency situation arises, a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence.

7. Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

8. The following timetable shall govern the pretrial procedures in this case. This schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| **January 25, 2016** | Joinder of Additional Parties and Amended Pleadings. |
| **January 29, 2016** | All discovery must be completed. |
| **February 8, 2016** | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the plaintiff shall make its experts available for deposition by the defendant. The experts' depositions may be conducted without further order from the Court. |
| **February 22, 2016** | Defendant shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the defendant shall make its experts available for deposition by the plaintiff. |
| **March 7, 2016** | If plaintiff did not initially disclose experts but defendant elects to utilize experts and discloses them, then plaintiff shall furnish opposing counsel with a written list containing the names and addresses of <u>any rebuttal expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the fourteenth day period following this disclosure, the plaintiff shall make its experts available for deposition by the defendant. |
| **March 21, 2016** | Parties shall furnish opposing counsel with a written list containing the names and addresses of all |

3

|  |  |
|---|---|
|  | witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| **May 16, 2016** | All Pretrial Dispositive Motions must be filed. |
| **June 13, 2016** | All other Pretrial Motions, including Motions in Limine, must be filed. |
| **June 24, 2016** | Joint Pretrial Stipulation must be filed. |
| **July 1, 2016 at 2:00 P.M.** | Pretrial conference. |
| **July 18, 2016** | Jury Instructions or Proposed Findings of Fact and Conclusions of Law must be submitted. |

10. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of May, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record