# THE DIAZ LAW FIRM, P.A.
657 South Drive, Suite 301
Miami Springs, FL 33166
Telephone: 305-271-7766
Fax: 305-595-4582
E-mail: jose@thediazlawfirm.com

Invoice No.: 000715
Invoice Date: October 1, 2012

Alexander Acosta
Art Landscaping Corp.
16342 NW 77th Place
Miami, Lakes, FL 33016

**For Legal Services Rendered Through To September 30, 2012**

**Fees**

| Service Provider | Date | Time | Description |
|---|---|---|---|
| Diaz, Jose O. | 9/26/2012 | .6 hours | REDACTED - ATTY/CLIENT PRIVILEGE |
|  | 9/282012 | 1.3 hours | Prepare memos re: recording hours of work and use of fluctuating work week plan. Telephone conversation ("t/c") with A. Acosta re: same. Prepare e-mail memo to client. |

**Fee Summary**

| Service Provider | Hours Billed | Billable Rate | Total Fees Due |
|---|---|---|---|
| Diaz, Jose O. | 1.9 hours | $350.00 | $665.00 |

**Disbursements**: N/A

**AMOUNT DUE THIS INVOICE**: **$665.00**

Retainer Currently Held in Trust: $700.00

*Please make checks payable to "The Diaz Law Firm, P.A." (EIN = 61-1420885).*

**PAYMENT SHOULD BE SENT TO:**
*657 South Drive, Suite 301*
*Miami Springs, FL 33166*

*Interest at 1.5% per month will be charge on all invoice balances over 30 days. If you have any questions or concerns regarding this invoice, please contact The Diaz Law Firm, P.A. as soon as possible.*

ART LANDSCAPING000346